IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **CMDS RESIDENTIAL, LLC** | * |
| **Plaintiff,** | *   CIVIL NO. 1:21-cv-01774-CCB |
| **V.** | * |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * |
| **Defendant.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# CITY'S EXHIBIT LIST

| Exhibit | Description |
|---|---|
| 1 | City's First Answers to Interrogatories and Supplemental Answers to Interrogatories |
| 2 | Examples of Approved Residential Drug Treatment Ordinances |
| 3 | Examples of BMZA approvals |
| 4 | Affidavit from Zoning Administrator Geoffrey Veale |
| 5 | Skayhan Deposition |
| 6 | 1970 Ordinance for 6040 Harford |
| 7 | 2013 Use and Occupancy Permit |
| 8 | Matos Letter |
| 9 | 2017 BMZA Resolution for 6040 Harford Road |
| 10 | Zoning Code Provisions |
| 11 | Pfeffer Deposition |
| 12 | E-mail from K. Pfeffer to K. Shah Oct 31 2018 |
| 13 | Letter from CMDS Requesting Zoning Verification, Oct. 23, 2018 |
| 14 | Letter from City Responding to CMDS, Nov. 8, 2018 |
| 15 | Lee Affidavit |
| 16 | Letter from City Responding to CMDS, Nov. 8, 2018 |
| 17 | E-Mail from J. Williams to E. Beck, May 6, 2020 |
| 18 | E-mail from J. Williams to E. Gillespie, Mar. 16, 2020 |
| 19 | E-mail from K. Pfeffer to W. Skayhan, Dec. 14, 2021 |
| 20 | E-Mail from J. Williams to K. Pfeffer, Nov. 12, 2019 |
| 21 | Building Code Sec. 105 |
| 22 | Text Messages Between R. Dorsey and B. Ali |
| 23 | Ali Deposition Excerpts |
| 24 | E-mail from R. Dorsey to A. Jancius, Oct. 21, 2019 |
| 25 | Dorsey Deposition Excerpts |
| 26 | E-mail from R. Dorsey to E. Tiso, Oct. 23, 2019 |
| 27 | E-mail from R. Dorsey to M. Braverman, Oct. 31, 2019 |

| 28 | Braverman Deposition Excerpts |
| 29 | Email Discussion Among City Officials, Nov. 2019 |
| 30 | Byrne Deposition Excerpts |
| 31 | Management Tag from DCHD Database |
| 32 | Hessler Deposition |
| 33 | E-mail from B. Ali to K. Pfeffer, Nov. 27, 2019 |
| 34 | DHCD Notification Referring CMDS to BMZA |
| 35 | E-mail from K. Pfeffer to B. Brocato, Feb. 8, 2020 |
| 36 | E-mail from K. Pfeffer to E. Beck, Feb. 12, 2020 |
| 37 | E-mail from K. Pfeffer to C. Marasco, Feb. 12, 2020 |
| 38 | E-mail from A. Jancius to K. Kelleher, Jan. 29, 2020 |
| 39 | E-mail from K. Pfeffer to C. Marasco, Feb. 17, 2020 |
| 40 | E-mail from K. Pfeffer to W. Skayhan, Apr. 13, 2020. |
| 41 | E-mail from K. Pfeffer to R. Lachance, Dec. 6, 2020 |
| 42 | E-mail from K. Pfeffer to B. Ali, Jan. 27, 2021 |
| 43 | E-mail from B. Ali to K. Pfeffer, Nov. 18, 2020 |
| 44 | E-mail from K. Pfeffer to W. Skayhan, Aug, 31, 2020 |
| 45 | E-mail from K. Pfeffer to M. Williams, Jan. 30, 2020 |
| 46 | Pelegrini Deposition |
| 47 | E-mail from B. Ali to K. Pfeffer, Oct. 27, 2020 |
| 48 | E-mail from K. Pfeffer to T. White, Nov. 20, 2020 |
| 49 | E-mail from K. Pfeffer to Keith Pfeffer, Feb. 10, 2021 |
| 50 | E-mail from R. Dorsey to M. Broome, Feb. 11, 2020 |
| 51 | Williams Deposition |
| 52 | Email from K. Byrne to J. Hessler, Mar. 7, 2020 |
| 53 | Examples of Changes Before BMZA |
| 54 | Barry Deposition |
| 55 | E-mail from D. Baumgardner to M. French, May 7, 2018 |
| 56 | E-mail from K. Byrne to J. Williams, Sept. 28, 2020 |
| 57 | E-mail from K. Pfeffer to C. Marasco, Feb 27, 2020 |
| 58 | BMZA Hearing Transcript |
| 59 | Letter from R. Dorsey to BMZA |
| 60 | Text Messages between R. Dorsey and C. McCray |
| 61 | Transcript of BMZA Deliberations |
| 62 | E-mail from R. Dorsey to R. Neff, Mar. 22, 2021 |
| 63 | Letter from CMDS to City |
| 64 | E-mail from K. Pfeffer to B. Ali, Jan. 27, 2020 |
| 65 | Huber Deposition |
| 66 | BMZA Resolution |
| 67 | Draft BMZA Resolution |
| 68 | Hessler Deposition |
| 69 | Witt Declaration |