# Exhibit 46

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MARYLAND
 3      ------------------------------x
 4      CMDS RESIDENTIAL, LLC,         :
 5              Plaintiff              :
 6         v.                          :   Civil Action No:
 7      MAYOR AND CITY COUNCIL OF      :   1:21-CV-01774-CCB
 8      BALTIMORE                      :
 9              Defendants             :
10      ------------------------------x
11               Deposition of ANDRE PELEGRINI
12                    CONDUCTED VIRTUALLY
13                Wednesday, November 16, 2022
14                       2:05 P.M. EST
15
16
17
18
19
20      Job No.:  471690
21      Pages: 1 - 140
22      Reported by: Dawn M. Hyde, Notary Public
```

1  there was a grant that would be made available to
2  two injection sites in the state.  Yes, we talked
3  about it.
4      Q   And do you recall talking about it right
5  around this time, or what was the time frame in
6  which you talked about it?
7      A   I don't remember when we talked about
8  it.
9      Q   And here Mr. Pfeffer references
10 "thousands of druggies," and by "druggies" I
11 assume he means the patients that are admitted to
12 CMDS's care.  Was that ever a term that you heard
13 him use in any other context?
14         MR. EISENSTEIN:  Objection.
15         You can answer if you know.
16     A   I do remember him using that word.  I
17 hate that word, by the way, and I would educate
18 him many times if he would use this word or words
19 that are not clinically oriented.
20     Q   Did you have to educate him on that
21 issue?
22     A   On that day?