# Exhibit 59



100 Holliday Street
Room 523
Baltimore, MD 21202
Office: 410-396-4812
Ryan.Dorsey@BaltimoreCity.gov

Sunday, March 21, 2021

Board of Municipal & Zoning Appeals
417 E Fayette St #922
Baltimore, MD 21202

Sent via email, c/o Katy Byrne

**BMZ2021-00011 – 6040 Harford Road – Deny**

Dear Chairman Fields and Members of the Board,

The zoning code makes clear that the Board does not have the legal authority to grant the use permission sought by the applicant for BMZ2021-00011, "RESIDENTIAL CARE FACILITY (17 OR MORE RESIDENTS)", allowing such a use permit to be granted only by City Council ordinance.

Additionally, § 5-408 of the code makes clear that if "any conditional use is discontinued for a continuous period of 2 years or more, the conditional use approval automatically lapses and is void." This standard has been in place for at least four years, during all of which the premise has been in obvious disuse. The premise has in fact been disused for nearly a decade. As such, had any use permission equivalent to the one sought by the applicant ever been granted at any previous date, it was certainly not recently enough that such a use could be continued without requiring the issuance of a new use permit via City Council ordinance.

Given the above, the Board must deny the appeal on the grounds that it exceeds the Board's legal authority to grant the request.

Sincerely,

Ryan Dorsey