# Exhibit 60



Aug 30, 2020, 10:18 PM

> Just an FYI - going to be submitting a letter of opposition to CMDS Residential new facility at 6040 Harford Road

Are you set on it? Can we talk tomorrow?

> Yes. Yes.

Ok. I don't have a dog in the fight, anyway, except in principle that I believe in treatment options. Thanks for letting me know. Talk tomorrow.

Oct 13, 2020, 4:36 PM



CITY0004782