# Exhibit 65

```
1              IN THE UNITED STATES DISTRICT COURT
2                 FOR THE DISTRICT OF MARYLAND
3       ------------------------------x
4    CMDS RESIDENTIAL, LLC,           :
5              Plaintiff              :
6       v.                            :  Civil Action No:
7    MAYOR AND CITY COUNCIL OF        :  1:21-CV-01774-CCB
8    BALTIMORE                        :
9              Defendants             :
10      ------------------------------x
11                Deposition of MICHAEL HUBER
12                    Baltimore, Maryland
13               Wednesday, November 16, 2022
14                       10:01 A.M. EST
15
16
17
18
19
20   Job No.:  471545
21   Pages: 1 - 146
22   Reported by: Dawn M. Hyde, Notary Public
```

```
1        Q    Which is who?
2        A    Would have been Katy Byrne, right?
3        Q    I'm asking you.
4        A    So it would have been the acting
5   director of the zoning board.  If that was Katy,
6   it was Katy.  If it was somebody else, it was
7   somebody else.
8        Q    How well do you know Katy Byrne?
9        A    Reasonably well professionally.
10       Q    And how often would you say, when you
11  were employed with the city, would you speak with
12  Katy Byrne?
13       A    Before she left the city, maybe -- it
14  would -- it would -- it could vary, but once a
15  month.
16       Q    About what?
17       A    About -- usually about matters before
18  the BMZA.
19       Q    And what would be the purpose of
20  reaching out to Katy or perhaps her reaching out
21  to you regarding BMZA matters?
22       A    To understand the status.  To understand
```

1  what was going on before the board.  Status
2  updates.
3      Q    And is this with respect to all matters
4  before the BMZA or just certain matters?
5      A    Well, it could be both.  You would get a
6  general update but also if there were a
7  particularly prominent issue before the board, you
8  would want to have more frequent updates or have a
9  finer grained understanding of the procedural
10 posture or the status at a given time, things like
11 that.
12     Q    What do you mean by more prominent
13 matter?
14     A    It was getting media coverage.  If we
15 were getting communication about it through the
16 office of, you know, through the mayor's office,
17 whether the Office of Constituent Services or if
18 we were getting calls from state senators,
19 delegates, council members, et cetera.
20     Q    So if there is enhanced security, then
21 you on behalf of the mayor, the mayor's chief
22 of staff would inquire to Katy Byrne what the

1   vote in favor of the community?
2       A   I'm not sure what all the specific
3   qualifications for membership of the BMZA are.  I
4   don't know is what I'm saying.
5       Q   So if a board member says regardless of
6   issue, if the community wants something, I am
7   always going to vote in favor of the community,
8   you don't think that disqualifies them from
9   sitting on the BMZA?
10      A   As I said, I don't know.
11      Q   The BMZA is an independent body,
12  correct?
13      A   Yes.
14      Q   The mayor or his team, including you
15  when you were chief of staff, does not get
16  involved in business before the BMZA?
17      A   What do you mean by "involved?"
18      Q   Influence the decision.
19      A   No.
20      Q   Does the BMZA clear its decisions
21  through the mayor or the mayor's office?
22      A   No.

1    Q    The BMZA strictly rules based on the
2    facts and the law?
3    A    Well, those are different questions,
4    right?  I don't -- I can't represent like what
5    they're basing their decisions on.  I can tell
6    you -- I can repeat my answer to your previous
7    question but I don't know what they're thinking at
8    any point in time.
9    Q    So your testimony as I take it is that
10   the BMZA's decisions are routed entirely on
11   something they decide and no influence by the
12   mayor or his administration?
13   A    Right.
14   Q    Let's go back a moment.  We skipped
15   ahead a little bit on the BMZA because our
16   conversation naturally led there, but let's talk
17   about your experience in city government starting
18   with I believe you said January of 2015.
19   A    Right.
20   Q    Who hired you?
21   A    Council President Young.
22   Q    And what were you hired to do?