# Exhibit 69

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| **CMDS RESIDENTIAL, LLC** | * | |
| | * | |
| Plaintiff, | * | **CIVIL NO. 1:21-cv-01774-CCB** |
| | * | |
| V. | * | |
| | * | |
| **MAYOR AND CITY COUNCIL OF BALTIMORE** | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION OF REBECCA WITT**

I, Rebecca Witt, being duly sworn, hereby state:

1. That I am over eighteen years of age and that I am competent to testify to the matters contained herein based upon personal knowledge as well as the business records of the Mayor and City Council of Baltimore.

2. I am currently the Acting Director of the Baltimore City Board of Municipal and Zoning Appeals (the "BMZA") and in that role have personal familiarity with the official records of this agency.

3. The copies of resolutions of the BMZA attached hereto are all accurate copies of public records maintained by my office in the ordinary course of its business. Copies of such records are also available online at the website of the BMZA which can be searched by zoning appeal number or real property address.

I solemnly declare under penalty of perjury that the foregoing is true and correct.

4/3/2023
Date

*Rebecca L. Witt*
Rebecca Witt
Director, BMZA