**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CMDS RESIDENTIAL, LLC,<br><br>v.<br><br>MAYOR AND CITY COUNCIL OF BALTIMORE. | Civil Action No. CCB-21-1774 |

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. CMDS's partial motion for summary judgment, (ECF 75), is **DENIED**;
2. The City's cross-motion for summary judgment, (ECF 81), is **GRANTED** as to Counts II, IV, VI, VIII, and X, and **DENIED** as to Counts I, III, V, VII, and IX;
3. Count XI is **DISMISSED** without prejudice.

2/1/2024
Date

/s/
Catherine C. Blake
United States District Judge