

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727.1115
www.rosenbergmartin.com

July 8, 2025

*Via CM/ECF*
The Honorable James K. Bredar
U.S. District Court Judge
United States District Court
  for the District of Maryland
101 W Lombard Street
Baltimore, MD 21201

      Re:    Joint Status Report
                *CMDS Residential, LLC v. Mayor and City Council of Baltimore*
                In the United States District Court for the District of Maryland
                Case No. 1:21-cv-01774

Dear Judge Bredar:

      Pursuant to the Court's Order dated April 9, 2025 (ECF 150), the Parties hereby submit this joint status report regarding the progress of the parallel state court litigation docketed as *In re CMDS Residential, LLC*, No. 24-C-24-000997 (Cir. Ct. Balt. City Feb. 27, 2024).

      On May 2, 2025, the Circuit Court for Baltimore City issued a "Statement of Reasons and Order of the Court" (hereinafter, the "Initial Judgment") affirming the decision of the Board of Municipal and Zoning Appeals in Appeal No. 2021-11. The Parties did not learn of the Initial Judgment until 42 days after it was issued because the Circuit Court inadvertently failed to serve a copy on the Parties. To remedy this error, CMDS filed a Consent Motion to Vacate and Re-Enter Judgment. The Circuit Court granted the Consent Motion on July 2, 2025, ordered that the Clerk vacate the Initial Judgment and re-enter the full Statement of Reasons and Order of the Court with sufficient description, and further ordered that the Clerk's Office ensure the final judgment is properly served on the Parties. As of the date of this Joint Status Report, a final judgment has not been docketed, but CMDS has urged the Clerk's Office to re-enter the Initial Judgment as soon as possible. Once that occurs, CMDS will have 30 days to note an appeal. Md. Rule 8-202(a).

      CMDS intends to appeal the state court's decision to the Appellate Court of Maryland. Given the circumstances, we recommend that this matter remain stayed pending the Appellate Court of Maryland's decision in the state court litigation. The parties recommend that another joint status report be filed every three months, beginning on or around October 6, 2025, regarding the progress of that appeal, or – once the appeal is resolved – as soon as practicable.

      We are, of course, available at the Court's convenience if Your Honor has any questions or comments concerning the above.

Respectfully submitted,

| | |
|---|---|
| */s/ Harris W. Eisenstein* | */s/ Thomas P.G. Webb* |
| Harris W. Eisenstein (Fed. Bar No. 29694) | Thomas P.G. Webb (Fed. Bar No. 18624) |
| Jamar R. Brown (Fed. Bar No. 19522) | Adam Levine (Fed. Bar No. 24888) |
| Lauren M. McLarney (Fed. Bar No. 20982) | Stephen Salsbury (Fed. Bar No. 20395) |
| | Elisabeth B. Hofmann (Fed. Bar No. 220099) |
| Rosenberg Martin Greenberg, LLP | Baltimore City Law Department |
| 25 S Charles Street 21st Floor | 100 N Holliday Street, City Hall |
| Baltimore, Maryland 21201 | Baltimore, MD 21202 |
| Phone: (410) 727-6600 | Phone: (410) 396-5784 |
| Fax: (410) 727-1115 | Fax: (410) 547-1025 |
| heisenstein@rosenbergmartin.com | Tom.webb@baltimorecity.gov |
| jbrown@rosenbergmartin.com | Adam.levine@baltimorecity.gov |
| lmclarney@rosenbergmartin.com | Stephen.salsbury@baltimorecity.gov |
| | Elisabeth.hofmann@baltimorecity.gov |
| *Attorneys for Plaintiff* | |
| *CMDS Residential, LLC* | *Attorney for Defendant* |
| | *Mayor and City Council of Baltimore* |