Rosenberg
Martin
Greenberg LLP

25 South Charles Street, 21st Floor
Baltimore, Maryland 21201-3305
T: 410.727.6600 | F: 410.727-1115
www.rosenbergmartin.com

April 30, 2026

***Via CM/ECF***
The Honorable James K. Bredar
U.S. District Court Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Status Report APPROVED. Next joint status report DUE on or before 10/30/26. JB 4/30/26

Re: <u>Joint Status Report</u>
*CMDS Residential, LLC v. Mayor and City Council of Baltimore*
In the United States District Court for the District of Maryland
Case No. 1:21-cv-01774

Dear Judge Bredar:

Pursuant to the Court's Marginal Order dated January 9, 2026 (ECF 158) and on behalf of both Parties, we hereby submit this joint status report regarding the progress of the parallel state court litigation docketed as *In re CMDS Residential, LLC*, No. 24-C-24-000997 (Cir. Ct. Balt. City Feb. 27, 2024).

As noted in the parties' prior joint status reports, on July 31, 2025, CMDS appealed the judgment entered by the Circuit Court of Baltimore City. That appeal is pending in the Appellate Court of Maryland. *See In re CMDS Residential*, LLC, ACM-REG-1158-2025 (App. Ct. Md.). Briefing of the appeal concluded in mid-April 2026. The Parties anticipate the Appellate Court of Maryland will schedule oral argument in the coming months.

Given the above, the Parties recommend that this matter continue to be stayed until CMDS' appeal is resolved. The Parties further recommend that a joint status report should be filed on or around October 30, 2026, or – if the appeal is resolved before that date – as soon as practicable.

We are, of course, available at the Court's convenience if Your Honor has any questions or comments concerning the above.

Respectfully submitted,

| | |
|---|---|
| */s/ Harris W. Eisenstein* | */s/ Thomas P.G. Webb* |
| Harris W. Eisenstein (Fed. Bar No. 29694) | Thomas P.G. Webb (Fed. Bar No. 18624) |
| Jamar R. Brown (Fed. Bar No. 19522) | Adam Levine (Fed. Bar No. 24888) |
| Lauren M. McLarney (Fed. Bar No. 20982) | Stephen Salsbury (Fed. Bar No. 20395) |
| Rosenberg Martin Greenberg, LLP | Elisabeth B. Hofmann (Fed. Bar No. 220099) |
| 25 South Charles Street, 21st Floor | Baltimore City Law Department |
| Baltimore, Maryland 21201 | 100 N. Holliday Street, City Hall |
| Phone: (410) 727-6600 | Baltimore, Maryland 21202 |
| Fax: (410) 727-1115 | Phone: (410) 396-5784 |

Case 1:21-cv-01774-GLR Document 160 Filed 04/30/26 Page 2 of 2

heisenstein@rosenbergmartin.com
jbrown@rosenbergmartin.com
lmclarney@rosenbergmartin.com

*Attorneys for Plaintiff*
*CMDS Residential, LLC*

Fax: (410) 547-1025
Tom.webb@baltimorecity.gov
Adam.levine@baltimorecity.gov
Stephen.salsbury@baltimorecity.gov
Elisabeth.hofmann@baltimorecity.gov

*Attorney for Defendant*
*Mayor and City Council of Baltimore*